# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

WILLIAM MASON,

                **Plaintiff,**

                **v.**                                          Civil No. 07-552-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

## JUDGMENT

This decision of the Commissioner is reversed and remanded for payment of benefits.

Dated: March  2 , 2008.


                                /s/ Ann Aiken
                          **United States District Judge**

**JUDGMENT**                                          **DOCUMENT NO:** _____